AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Lorenzo Gustavo GUEVARA-CASTRO
a/k/a Lorenzo GUEVARA-CASTRO
*Defendant(s)*

Case No. 6:26-mj- 2117

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 22, 2026 in the county of Osceola in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jorge Jose Resto Santiago, DO, ICE

*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 9/24/2026

City and state: Orlando, Florida

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

**STATE OF FLORIDA** **CASE NO. 6:26-mj-** 2117

**COUNTY OF ORANGE**

**AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT**

I, Jorge Jose Resto Santiago, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer (DO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), and have been employed with DHS/ICE/ERO since 2025. I am currently appointed as one of the ERO Criminal Prosecutions (ECP) Officers assigned to Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2. This affidavit is submitted in support of the issuance of a criminal complaint charging **Lorenzo Gustavo GUEVARA-CASTRO (hereinafter** "**GUEVARA-CASTRO**"), a/k/a Lorenzo GUEVARA-CASTRO, with being found in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a) and (b)(1). The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included

details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On or about September 22, 2026, the Saint Cloud PD (SCPD) conducted a traffic stop on a vehicle with illegal window tint. **GUEVARA-CASTRO** was identified as a passenger in the vehicle. **GUEVARA-CASTRO** voluntarily provided his Mexican identification card to SCPD. SCPD contacted the ICE ERO Orlando Intergraded Response Team (IRT) to run records checks. The IRT verified **GUEVARA-CASTRO**'s identity, determined that he likely was in the United States illegally, and filed an immigration detainer on him. SCPD placed **GUEVARA-CASTRO** under arrest and transported him to the Osceola County Jail (OCJ) on an immigration courtesy hold. Osceola County is within the Middle District of Florida. The IRT forwarded **GUEVARA-CASTRO**'s case to me because it falls under the guidelines of my assigned duties as an ECP Officer.

4. On September 23, 2026, **GUEVARA-CASTRO** was transferred from OCJ to the ERO Orlando office for fingerprinting and administrative removal processing. While at the ERO Orlando office, I fingerprinted **GUEVARA-CASTRO** and submitted the set of fingerprints, dated September 23, 2026, to the Federal Bureau of Investigation Criminal Justice Information Services Division (also referred to as IAFIS). IAFIS analyzed the set of fingerprints and found them to match **GUEVARA-CASTRO** and his unique FBI number.

5. According to various databases and ICE records, **GUEVARA-CASTRO** was born in 1983 in Tulacingo, Hidalgo, Mexico. **GUEVARA-CASTRO** has an Alien File Number (A xxx xxx 813). **GUEVARA-CASTRO** is a citizen of Mexico and not a citizen of the United States. **GUEVARA-CASTRO** was administratively ordered deported/removed from the United States to Mexico on March 2, 2015, and physically removed from the United States to Mexico on two occasions, specifically on (1) March 5, 2015, and on (2) October 20, 2021. Records checks confirmed that **GUEVARA-CASTRO** has no legal status that would allow him to enter, travel through, or remain in the United States.

6. Additional records checked confirmed that **GUEVARA-CASTRO** did not have the consent of the Attorney General of the United States or the Secretary of Homeland Security for the United States to reapply for admission to the United States.

7. A criminal history check revealed that **GUEVARA-CASTRO** was convicted of shooting at within or into a building, a felony violation of Florida law, on November 1, 2004, and sentenced to ten months and fifteen days imprisonment under case number 49-2003-CF-000309, Osceola County, Florida. A criminal history check further revealed that **GUEVARA-CASTRO** was convicted of being found in the United States after deportation without having received consent to reapply for admission, a felony violation of federal law, on April 29, 2021, and sentenced to

twelve months plus one day imprisonment and two years supervised release under case number 6:20-cr-00161 – Middle District of Florida – Orlando Division.

8. Based on the foregoing, there is probable cause to believe that on or about September 22, 2026, **GUEVARA-CASTRO** was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a) and (b)(1).

This concludes my affidavit.

Jorge Jose Resto Santiago
Deportation Officer
Immigration & Customs Enforcement

Affidavit attested to me by as true and
accurate by video conference consistent
with Fed. R. Crim. P. 4.1 and 41(d)(3),
before me this 24th day of September 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE